DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
KATHERINE L. WAWRZYNIAK (CABN 252751)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov
    katherine.wawrzyniak@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-00440 WHA |
|     Plaintiff, | **CERTIFIED TRANSLATIONS OF LETTERS** |
|   v. | |
| YEVGENIY ALEXANDROVICH NIKULIN, | |
|     Defendant. | |

      Attached at Exhibits A and B are English translations of the letters sent from defendant Yevgeniy Nikulin to the Court and filed at docket numbers 286 and 290, respectively.

//

//

//

//

//

TRANSLATIONS OF LETTERS
CR 16-00440 WHA

1    Attached at Exhibit C is a certification for both translations.

2

3 DATED: November 13, 2020                    Respectfully submitted,

4                                             DAVID L. ANDERSON
                                              United States Attorney
5
                                              /s/
6                                             MICHELLE J. KANE
                                              KATHERINE L. WAWRZYNIAK
7                                             Assistant United States Attorneys

# Exhibit A

**FILED**

OCT 23 2020

SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear William Alsup!

I am very disappointed with your sentence, you could have released me right now, I would file an appeal of your decision to keep me in detention, but I don't know how to file an appeal/cassation – my lawyers say that it isn't a good idea to file an appeal, but as a living person, I am just disappointed by justice and the law, I understand that you can give 10 years or 20 years or 59 years, that's within your jurisdiction, but the law is different, [you] were supposed to release me in 2016 and not take me into custody.

I talked with Valery Nechay, my lawyer, she will not file an appeal unless I insist, but you could have released me in 2016. That's a long time in prison, but you will think otherwise. Personally, I don't consider myself guilty, guilty, I have said that several times. Perhaps my lawyers can file an appeal or complaint to have me released from detention, I don't know their future actions. But I can say one thing, my rights are being grossly violated. By my calculations, I should be released at the end of November in 2022, according to you, to be precise, but I want to be released now.

Should I tell you what is being violated or do you already know or can you guess? I'll write [about it] to you if necessary, let me know.

Yevgeniy Nikulin
18 October 2020



# Exhibit B

Good day, dear William Alsup!

I wanted to let you know that I received your letter about the appeal, unfortunately it is in English and I did not understand everything, but I understood the main thing, my lawyer (who was hired for me) Adams Gasner filed an appeal (cassation) to reduce the restrictions, in other words, for me to be released, and also that there will be proceedings and a hearing in February 2021. It's a shame that you don't want to release me, for the most part I don't have much hope for the appeal, you seem to think that my rights are being observed.

But nonetheless, I am writing because if you write and want to tell me something, then attach a translation of the letters, I can only understand and read my native language – Russian – I have said that many times. I am from Russia, and in Russia people speak Russian, not many know English.

<u>I request that [you] release</u> me, I have been under arrest since 2016. Either there are mistakes in the law or in the heads of those who write the law and follow what is written without question, without looking at what is happening around them and what is bordering on reality, I am well aware that you can do whatever you want, it's called coercive action. Once again, I repeat that I am not guilty of anything, I am being detained under a law that goes against reasonable logic and human compassion.

        Nikulin Yevgeniy (Nikulin Yevgeniy)

        23 October 2020

        [Signature]

**FILED**

OCT 30 2020

SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SCANNED**

P.S. I have no idea why my lawyers (I don't even know who hired them) cannot win the case and defend me properly, after all, my rights have been so violated that words can't do it justice, even though they know about the violations of my rights, and you do, too.



# Exhibit C

# DECLARATION AND CERTIFICATION OF TRANSLATION
## Pursuant to Government Code Section 27293

I, **Elizabeth Adams**, declare that I am:
(Name of interpreter/translator)

☐ A certified or registered Court Interpreter as described in Section 68561 of the Government Code

☒ An Accredited Translator registered with the American Translators Association

I am certified/registered to interpret and translate from the **Russian** language to the ENGLISH language.

I declare to the best of my abilities and belief that this is a true and accurate translation of the **Russian** language text of **Yevgeniy Nikulin letters**.
(Insert title of document)

### Specific Description of the Document

**US v Yevgeniy Aleksandrovich Nikulin -16-CR-00440 WHA ; Letters**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Subscribed to this **10** day of **November**, 20**20**, at **Everett**, **WA**.
(Day) (Month) (Yr) (City) (State)

*EAdams*
Signature of Interpreter/Translator

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

### Certificate of Acknowledgement

State of **Washington** County of **Snohomish**

On **11/10/2020** before me, **Jennifer M Brewer**,
(Insert name and title of the officer)

Personally appeared **Elizabeth Adams** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed, the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

☒ Personally Known OR ☐ Produced Identification.

Type of Identification produced **WADL**

WITNESS my hand and official seal

*Jennifer M Brewer*
NOTARY SIGNATURE

**JENNIFER M BREWER**
**NOTARY PUBLIC**
**STATE OF WASHINGTON**
My Commission Expires May 1, 2022

CC600 (10/28/2016 Rev.)